**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STAR K.E., LLC, | Civil Action No. 2:25-CV-01317 |
| Plaintiff, | Judge Cathy Bissoon |
| v. | |
| RSUI INDEMNITY COMPANY, MCGOWAN & COMPANY, INC. d/b/a MCGOWAN PROGRAM ADMINISTRATORS, and RISK PLACEMENT SERVICES, INC., | |
| Defendants. | |

**DEFENDANT RISK PLACEMENT SERVICES, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Risk Placement Services, Inc. ("RPS"), by and through its undersigned attorneys, respectfully submits this Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

For the reasons and authorities set forth in RPS's Memorandum in Support of Motion to Dismiss pursuant to Rule 12(b)(6) (the "Memorandum"), filed contemporaneously herewith, RPS asks this Court to dismiss Plaintiff's Complaint against this Defendant in its entirety, with prejudice. RPS incorporates the Memorandum herein, in full.

Date: November 14, 2025

Respectfully submitted,

*/s/ F. Timothy Grieco*
F. Timothy Grieco (Pa. I.D. No. 81104)
Christopher S. Winkler (Pa. I.D. No. 328895)
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
T: (412) 566-2070

F: (412) 566-6099
tgrieco@eckertseamans.com
cwinkler@eckertseamans.com

*Counsel for Defendant, Risk Placement Services, Inc.*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to District Judge Bissoon's Standing Order on Rule 12(b) Motions (Dkt. 5), I hereby certify that I met and conferred in good faith with counsel for Plaintiff to determine whether the deficiencies within Plaintiff's Complaint could be cured by amendment. Per the parties' conferences, no amendment could cure the deficiencies identified therein, necessitating the filing of this Motion to Dismiss.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/ F. Timothy Grieco*
F. Timothy Grieco, Pa. ID. No. 81104
tgrieco@eckertseamans.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT RISK PLACEMENT SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was electronically filed with the Court this 14th day of November 2025. Notice of this filing will be sent to counsel of record by operation of the Court's Case Management/Electronic Case Files (CM/ECF) System.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/ F. Timothy Grieco*
F. Timothy Grieco, Pa. ID. No. 81104
tgrieco@eckertseamans.com